IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NANCY J. LEMUS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO. 8:13CV226<br><br><br>ORDER |

　　　This matter is before the Court on the Plaintiff's Petition to Proceed Without Prepayment of Fees (Filing No. 2). Based on a review of the Plaintiff's petition and attached application to proceed in this Court without prepayment of fees and affidavit (Filing No. 2-1), the Court finds that payment of any fees and posting of any bond should be waived, and Plaintiff should be permitted to proceed in forma pauperis. Accordingly,

　　　IT IS ORDERED:

　　　1.　The Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Filing No. 2) is granted, and payment of costs and fees is not required for filing of the appeal;

　　　2.　If requested to do so, the U.S. Marshal will serve process in this case without prepayment of fees. In making such a request, Plaintiff's counsel must complete the Marshal's Form 285, to be submitted to the Marshal with the completed summons forms and copies of the Complaint; and

　　　3.　This order is entered without prejudice to the Court later entering an order taxing costs in this case. No one, including the Plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after the completion of this action.

　　　Dated this 6th day of August, 2013.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge